SCANNED

JUL 1 3 2026

AND EMAILED

# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL 10 P 4: 13

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Pro se)

(Full name of plaintiff(s)) (Amicus) Redacted name

Quinn M Henigan ~~and Jasmine Branson~~

5000 W National Ave

Milwaukee, WI 53214

v.

(Full name of defendant(s))

State Of Wisconsin

DHS

Badger Care/Molina

Case Number: **26-C-1225**

(to be supplied by Clerk of Court)

### A.    PARTIES

1.    Plaintiff is a citizen of _____Wisconsin_____ and resides at
(State)

~~949 W. 8th Street~~ 4010 W Lancaster Ave
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant _____Agent 3407105738_____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____ Grafton _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ ~~Jimmycoo~~ State Of Wisoonsin
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Missing Mail Affidavit
Missing All medical Bill secure
Payments.
Affidavit for Missing
recipts.
Affidavit Missing Promissary
notes.
All Property Missing
Over 4 million dollar Notes

Complaint – 2

—Missing Voluntary Written Statements to Federal goverment for W.I tax Complience.

All Certified Mail and Court Orders missing. Missing Accidents report On driving records.

Missing Chaptee 128 reciepts.
Missing Apple Devices

Missing Search Warrants from Judges to investigate and Review all fraudulent Checks and Medical Payments Under Care of Mil County Jail.

C.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ undisclosed

D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Ask that judge Order a federal Search warrant for all notes and finances too. Ask judge to release Federal bank Levy. ~~too~~ To update and restore all digital and physical assets. Correct Certificate of Citizenship Ask Judge to Cross examine all bills and Earnings historically.

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___10th___ day of ___July___ 20_26_

Respectfully Submitted,

_____
Signature of Plaintiff

___414-651-0447___
Plaintiff's Telephone Number

___N/A___
Plaintiff's Email Address

___4010 W Lancaster Ave Apt.1___
___Milwaukee, WI 53209___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5