QUINN MORGAN HENIGAN,

        Plaintiff,

                                            Case No. 26-cv-1225-bhl

    v.

STATE OF WISCONSIN, et al,

        Defendants.

---

## SCREENING ORDER

---

On July 10, 2026, Plaintiff Quinn Henigan filed this federal lawsuit against the State of Wisconsin, Department of Homeland Security, and Badger Care/Molina, along with a motion to proceed without prepayment of the filing fee or *in forma pauperis* (IFP). (ECF Nos. 1 & 2.) Because Henigan's complaint is incomprehensible and frivolous, it will be dismissed. *See* 28 U.S.C. §1915(e)(2); *see also Williams v. Faulkner*, 837 F.2d 304, 306 (7th Cir. 1988) ("A frivolous complaint is one in which 'the petitioner can make no rational argument in law or facts to support his or her claim for relief.'") (quoting *Jones v. Morris*, 777 F.2d 1277, 1279–80 (7th Cir. 1985)).

Henigan identifies the defendants as "Agent 3407105738" of Grafton, Wisconsin. (ECF No. 1 at 1–2.) He explains that he is missing mail, medical bills, promissory notes, tax documents, accident reports, receipts, Apple devices, and search warrants. (ECF No. 1 at 2–3.) He asks that the Court order a federal search warrant, release "federal bank levy," "update and restore" digital and physical assets, "correct" certificate of citizenship, and "cross examine all bills and earnings." (*Id.* at 4.)

These allegations are nonsensical and do not state a cognizable claim for relief. A complaint's allegations must be at least sufficient to provide notice to each defendant of what he or she is accused of doing, as well as when and where the alleged actions or inactions occurred, and the nature and extent of any damage or injury the actions or inactions caused. *See Bank of Am., N.A. v. Knight*, 725 F.3d 815, 818 (7th Cir. 2013) ("Each defendant is entitled to know what he or she did that is asserted to be wrongful."). It is unclear from Henigan's complaint what cause

of action he could have based on his missing items or how the defendants could be liable for his claim. The relief he requests is also not relief the Court offers. Because his complaint is frivolous, it will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to proceed without prepayment of the filing fee, ECF No. 2, is **DENIED as moot**. The case is **DISMISSED**. The Clerk of Court is instructed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, on July 17, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge